IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 04-cv-00538-ZLW-CBS

MARK L. TEAGUE,

Plaintiff,

v.

TOWN OF DEL NORTE, COLORADO,

Defendant.

___

**Order Pursuant to the Court's Ruling from the Bench at the
June 23, 2005 Telephone Conference
Regarding the Extension of Time to File Expert Disclosures**

___

This matter, having come before the Court at the Telephone Conference on June 23 2005, and the Court being fully advised in the premises,

DOTH ORDER, that the Scheduling Order is amended to reflect the Defendant be allowed up to and including July 22, 2005, two weeks after the Plaintiff's telephone deposition is currently scheduled, within which to determine whether to endorse expert witnesses.

DATED this ___ day of June, 2005

BY THE COURT:

U.S. MAGISTRATE JUDGE