# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Edward W. Nottingham

LaDonne Bush, Deputy Clerk　　　　　　　　　　Date: October 23, 2006
Therese Lindblom, Court Reporter

Civil Action No. 05-cv-00538-EWN-CBS

*Parties:*　　　　　　　　　　　　　　　　　　*Counsel:*

SHAVO NORGREN (INDIA) PRIVATE　　　　　Paul Andre
LIMITED,　　　　　　　　　　　　　　　　　　Lisa Kobialka
　　　　　　　　　　　　　　　　　　　　　　　Richard Vermeire
　　　　Plaintiff,

v.

C. A. NORGREN CO., U.S.A.,　　　　　　　　　David Hammond
　　　　　　　　　　　　　　　　　　　　　　　William Bianco
　　　　Defendant.

---

## COURTROOM MINUTES

---

**Trial to Jury - Day One**

**9:00 a.m.**　　　Court in session.

Jury panel present.

Voir dire by the Court.

Juror excused for cause: Juror No. 86571

Plaintiff's challenges: Juror Nos. 86440, 88240, 120176

Defendant's challenges: Juror Nos. 81030, 114719, 89161

Twelve jurors sworn to try the case:  Juror Nos. 102074, 106894, 84430, 116089, 84749, 103249
　　　　　　　　　　　　　　　　　　　　　　112204, 94086, 89529, 91780, 88971, 113431

**10:23 a.m.**　　　Court in recess.
**10:44 a.m.**　　　Court in session.

Jury not present.

Court's ruling on motions.

**ORDERED:** Motion in Limine (Doc. 91) is denied.

**ORDERED:** Motion in Limine (Doc. 89) is denied in part and the ruling is reserved in part.

10:56 a.m.     Jury present.

11:20 a.m.     Opening statement by Mr. Andre.

11:35 a.m.     Opening statement by Mr. Hammond.

11:58 a.m.     Court reads a stipulation to the jury.

Court instructs the jury.

**12:04 p.m.**   Court in recess.
**1:25 p.m.**    Court in session.

Plaintiff's witness, Harshad Vora, sworn.

Direct examination of Mr. Vora by Mr. Andre.

**Plaintiff's Exhibits received:  1, 24, 9, 72, 31, 190, 191, 19, 214**

**Defendant's Exhibits received: A-18, A-19, A-21, A-22, A-25**

**2:26 p.m.**   Court in recess.
**2:36 p.m.**   Court in session.

Direct examination of Mr. Vora by Mr. Andre.

**Plaintiff's Exhibits received: 13, 2, 14, 10, 11, 3, 7, 8**

**Plaintiff's Exhibits rejected: 6**

3:24 p.m.     Cross examination of Mr. Vora by Mr. Bianco.

Defendant's Exhibit A-5 offered.

**3:37 p.m.**   Court in recess.

**3:51 p.m.**     Court in session.

Continued cross examination of Mr. Vora by Mr. Bianco.

**Defendant's Exhibits received:  A-16, A-6, A-5, A-13, A-14, A-20**

**Plaintiff's Exhibits received: 92, 33**

**4:57 p.m.**     Court in recess.

Trial continued.

Total time in court: 05:51