IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00538–EWN--CBS

SHAVO NORGREN (INDIA) PRIVATE LIMITED,

      Plaintiff,

v.

C.A. NORGREN CO., U.S.A.,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice, and the court, having read the stipulation, hereby orders as follows:

    1.      The Stipulation for Dismissal with Prejudice is granted.

    2.      Each party shall bear its own costs and attorney fees.

Dated this 30th day of October, 2006.

                  BY THE COURT:

                  s/ Edward W. Nottingham
                  EDWARD W. NOTTINGHAM
                  United States District Judge